**Order entered July 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-00678-CV

### JOANN PHILLIPS, Appellant

### V.

### METROPOLITAN LIFE INSURANCE COMPANY & VERIZON EMPLOYEE BENEFITS, Appellees

On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-10-06957-B

## ORDER

The above-styled case was submitted to a panel consisting of Justices Morris, Francis, and Murphy. Before the Court is appellant's July 5, 2013 opposed motion for the Chief Justice to designate two Justices to fill vacancies from retirements of Justices Morris and Murphy, for purposes of considering appellant's motion for rehearing and, presumptively, appellees' July 6, 2013 response as well as appellant's July 10, 2013 reply to appellees' response. Because Justice Morris retired between the submission of this case and issuance of the opinion and judgment, the opinion and judgment were issued with the remaining panel members, Justices Francis and Murphy. *See* TEX. R. APP. P. 41.1(a). Justice Murphy then resigned from the Court before the motion for rehearing was filed.

Consequently, on its own motion, the Court considered the motion for rehearing en banc and determined the motion for rehearing was without merit. *See* TEX. R. APP. P. 49.7. Accordingly, we **DENY** appellant's July 5, 2013 motion for the Chief Justice to designate two Justices to panel to fill vacancies from retirements of panel members to consider appellant's motion for rehearing.

/s/ CAROLYN WRIGHT
CHIEF JUSTICE